ORIGINAL

FILED
DEC 1 4 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CONNECTICUT YANKEE ATOMIC POWER COMPANY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. 07-875 C |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff Connecticut Yankee Atomic Power Company identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock as follows:

Connecticut Light & Power Company, Public Service of New Hampshire, and Western Massachusetts Electric Company (Holding Company: Northeast Utilities)

New England Power Company (Holding Company: National Grid USA/National Grid Group Plc.)

Boston Edison Company and Cambridge Electric Light Company (Holding Company: NSTAR)

Dated: December 13, 2007

Respectfully submitted,

Timothy Heffernan
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000
(703) 893-8029 (fax)

Counsel of Record for Plaintiff Connecticut Yankee Atomic Power Company

Of Counsel:

William Kayatta, Jr.
Jared des Rosiers
Michael Wilson
Lucus Ritchie
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)