ORIGINAL

FILED
DEC 1 4 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONNECTICUT YANKEE ATOMIC POWER COMPANY

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant.

No. 07-875 C

**NOTICE OF DIRECTLY RELATED CASE**

In accordance with RCFC 40.2, counsel for Connecticut Yankee Atomic Power Company ("Connecticut Yankee") states that this newly filed case is directly related to *Connecticut Yankee Atomic Power Co. v. United States*, No. 98-154C (Fed. Cl.) (Merow, S.J.). Per RCFC 40.2(a)(1), the two cases involve the same parties and the same contract, pursuant to which the United States government, acting through the Department of Energy ("DOE"), in return for payment of substantial fees by Connecticut Yankee, is obligated to accept and dispose permanently of spent nuclear fuel and high-level nuclear waste (collectively, "SNF") generated by a commercial nuclear power plant owned and operated by Connecticut Yankee.

Breach of Connecticut Yankee's contract by DOE was established by this Court, *Yankee Atomic Electric Energy Co. v. United States*, 42 Fed. Cl. 223 (1998) (Merow, S.J.), and affirmed by the United States Court of Appeals for the Federal Circuit ("Federal Circuit"), *Maine Yankee Atomic Power Co. v. United States,* 225 F.3d 1336 (Fed. Cir. 2000). Subsequently, the Federal Circuit determined that in any suit for breach of a SNF contract, recoverable damages are limited to those costs actually incurred prior to the time of the trial. *Indiana Michigan Power Co. v.*

*United States*, 422 F.3d 1369 (Fed. Cir. 2005). In the related case, Connecticut Yankee was awarded $34,154,879.00 in damages for costs incurred though December 31, 2001. *Yankee Atomic Elec. Co. v. United States*, 73 Fed. Cl. 249 (2006) (Merow, S.J.) (hereinafter "*Yankee Atomic*").

Connecticut Yankee's sister utilities, Maine Yankee Atomic Power Company ("Maine Yankee") (*Maine Yankee Atomic Power Co. v. United States*, No. 98-474C (Fed. Cl.) (Merow, S.J.)) and Yankee Atomic Electric Company ("Yankee Atomic") (*Yankee Atomic Elec. Co. v. United States*, No. 98-126C (Fed. Cl.) (Merow, S.J.)) also brought suit against DOE for breach of their SNF contracts, which impose similar obligations on the utilities and DOE as does the Connecticut Yankee contract. The three *Yankee* cases were eventually consolidated for trial, and like Connecticut Yankee, Maine Yankee and Yankee Atomic were awarded damages based on DOE's breach. *See Yankee Atomic.* Defendant United States appealed Judge Merow's decision to the Federal Circuit, and the three Yankees cross-appealed. Briefs were filed in the summer of 2007, and the parties anticipate that oral arguments will take place some time in 2008. The matter is currently pending before the Federal Circuit, and a decision has not yet been issued.

In the instant case, Connecticut Yankee seeks to recover significant damages, incurred during the period starting January 1, 2002 and ending at some point prior to trial, caused by DOE's continuing material partial breach of its obligation to dispose of SNF generated by the commercial nuclear power plant owned and operated by Connecticut Yankee.[1] Assignment of this newly filed action to Judge Merow is likely to conserve judicial resources and promote the efficient determination of actions within the Court.

---

[1] In accordance with the *Indiana Michigan* Court's instruction to bring separate actions for damages as they are incurred, Maine Yankee and Yankee Atomic also intend to initiate a second phase of litigation concerning their SNF contracts by filing complaints against the United States on or about the same date as Connecticut Yankee.

Dated: December 13, 2007

Respectfully submitted,

Timothy Heffernan
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000
(703) 893-8029 (fax)

Counsel of Record for Plaintiff Connecticut Yankee Atomic Power Company

Of Counsel:

William Kayatta, Jr.
Jared des Rosiers
Michael Wilson
Lucus Ritchie
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)